ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
TRICIA L. MCCORMICK (199239)
ROBERT R. HENSSLER JR. (216165)
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
triciam@rgrdlaw.com
bhenssler@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PAWEL I. KMIEC, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>POWERWAVE TECHNOLOGIES INC., et al.,<br><br>  Defendants. | No. 8:12-cv-00222-CJC(JPRx)<br><br>**CLASS ACTION**<br><br>GOVERNMENT OF BERMUDA CONTRIBUTORY AND PUBLIC SERVICE SUPERANNUATION PENSION PLANS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |

699884_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on May 14, 2012, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Cormac J. Carney, Courtroom 9B, United States District Court for the Central District of California, 411 West Fourth Street, Santa Ana, CA 92701, Government of Bermuda Contributory and Public Service Superannuation Pension Plans (the "Bermuda Pension Plans") will, and hereby do, move this Court under §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), for an order: (1) appointing the Bermuda Pension Plans as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995; (2) approving the Bermuda Pension Plans' choice of Robbins Geller Rudman & Dowd LLP as lead counsel for the proposed class; and (3) granting such other and further relief as the Court may deem just and proper.[1]

This Motion is based upon this Notice of Motion and Government of Bermuda Contributory and Public Service Superannuation Pension Plans' Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, the Memorandum of Points and Authorities in support thereof, the Declaration of Tricia

---

[1] Local Rule 7-3 requires a conference of counsel prior to filing motions. However, until all such motions have been filed, the Bermuda Pension Plans will not know which other entities or persons plan to move for appointment as lead plaintiff. Under these circumstances, the Bermuda Pension Plans respectfully request that the conferral requirement of Local Rule 7-3 be waived.

- 1 -

699884_1

1  L. McCormick in support thereof, the pleadings and files herein and such other written
2  or oral argument as may be presented to the Court.

3  DATED:  April 9, 2012

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
TRICIA L. MCCORMICK
ROBERT R. HENSSLER JR.

         s/ TRICIA L. McCORMICK
           TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 9, 2012.

s/ TRICIA L. McCORMICK
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:   triciam@rgrdlaw.com

699884_1

# Mailing Information for a Case 8:12-cv-00222-CJC-JPR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Seth A Aronson**
  saronson@omm.com,LitigationCalendar@omm.com

- **Michael Ira Fistel , Jr**
  mfistel@holzerlaw.com

- **Robert Russell Henssler , Jr**
  bhenssler@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com

- **Amy J Longo**
  alongo@omm.com

- **Katharine S Mercer**
  kmercer@omm.com,skemp@omm.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com,kstadelmann@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`