UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-00222-CJC(JPRx)            Date: April 26, 2012

Title: <u>PAWEL I. KMIEC, ET AL. V. POWERWAVE TECHNOLOGIES, INC., ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Michelle Urie</u>            <u>   N/A   </u>
Deputy Clerk            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present            None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING GOVERNMENT OF BERMUDA CONTRIBUTORY AND PUBLIC SERVICE SUPERANNUATION PENSION PLANS' MOTION FOR APPOINTMENT AS LEAD COUNSEL AND APPROVAL OF CLASS COUNSEL** [filed 04/09/12]

      Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for May 7, 2012 at 1:30 p.m. is hereby vacated and off calendar.

      Plaintiff Pawel I. Kimec, individually and on behalf of others similarly situated, brought a security class action against Defendants Powerwave Technologies, Inc. ("Powerwave") and its officers Ronald J. Buschur and Kevin Michaels (collectively, "Defendants"), arising from Defendants' alleged scheme to defraud Powerwave stockholders by disseminating false and misleading statements about Powerwave that caused the class members to purchase the company's stock at an inflated price. (Dkt. No. 1.) The putative class consists of purchasers of Powerwave's common stock between February 1, 2011 and October 18, 2011. (Compl. ¶ 5.) Plaintiffs allege claims under sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b), 78t(a) and under 17 C.F.R. § 240.10b-5.

      Currently before the Court are motions filed by the following four putative class Plaintiffs seeking appointment as lead Plaintiff and approval of selection of class counsel,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-00222-CJC(JPRx)                               Date: April 26, 2012
                                                                Page 2

pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"):  (1) the Government of Bermuda Contributory and Public Service Superannuation Pension Plans (the "Bermuda Pension Plans"), (2) Hau Nguyen and Karen Hang (the "Nguyen/Hang Group"), (3) Samuel Newberry, and (4) Xuan Mai Nguyen.  (Dkt. Nos 17, 18, 21, 24.)

      The Bermuda Pension Plans argue that the Court should grant their motion because they possess the largest financial interest and meet the typicality and adequacy prongs under Federal Rule of Civil Procedure 23.  The Bermuda Pension Plans further request the Court approve their selection of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as lead counsel for the class.  The other movants subsequently withdrew their motions.  (Dkt. Nos. Nos. 28, 31, 32.)  Defendants did not file an opposition.  The Court is satisfied that the Bermuda Pension Plans are the "most adequate plaintiff" within the meaning of the PSLRA, given their largest financial interest in the relief sought by the class,  (McCormick Decl., Exhs. B, C), and have made a preliminary showing that they meet the typicality and adequacy requirements under Rule 23.  In addition, the other movants withdrew their motion and no opposition was filed against the Bermuda Pension Plans' motion.  Accordingly, the Court **GRANTS** the Bermuda Pension Plans' motion, and **HEREBY ORDERS AS FOLLOWS**:

      (1)  The Bermuda Pension Plans are appointed as the lead Plaintiff;

      (2)  The Court approves the Bermuda Pension Plans' selection of Robbins Geller as lead counsel for the class; and

      (3) The motions filed by the Nguyen/Hang Group, Samuel Newberry, and Xuan Mai Nguyen are DENIED as moot.


IT IS SO ORDERED.


jwp

MINUTES FORM 11
CIVIL-GEN                                                       Initials of Deputy Clerk MU