UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-00222-CJC(JPRx) | Date | January 31, 2013 |
|---|---|---|---|
| Title | Pawel I. Kmiec v. Powerwave Technologies, Inc., et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE STAY IN LIGHT OF NOTICE OF AUTOMATIC STAY

    The Court, on its own motion, hereby ORDERS plaintiff to show cause in writing no later than February 7, 2013, why this action should not be STAYED IN ITS ENTIRETY in light of Defendant Powerwave Technologies' Notice of Automatic Stay filed on January 28, 2013.

    No oral argument of this matter will be heard unless ordered by the Court. The matter will stand submitted upon the filing of a response to the Court's order to show cause.

                                                                             : 0

Initials of Preparer    mu