### C.    Defendants' Admissions Corroborate and Confirm the Revenue Recognition Scheme

#### 1.    Powerwave's Revenue Recognition Scheme Is Confirmed by the Fact that Accounts Receivable Attributed to Team Alliance Spiked to *2000%* More than Sales in 3Q11

60.    Accounts receivable measures the amount of money owed by a customer. As one commentator has noted: "Accounts receivables should track sales. Something's amiss when receivables increase significantly faster than sales. It's a red flag when you detect that happening. Receivables analysis doesn't apply to retail stores or restaurants because they sell on a cash basis and they don't have significant receivables."[4] Similarly, another commentator has explained that it's a "red flag," "if a company's accounts receivable growth is outpacing sales growth."[5]

61.    Another commentator has explained that: "When a company sells goods or services, it often delivers the product with a promise from the customer that he or she will pay for the item at a future date. This promise creates an account receivable. If we see accounts receivables growing faster than sales it could indicate that the company is extending credit to customers who are not paying or has aggressive revenue-recognition policies."[6]

62.    According to the *Wall Street Journal*: "If a company's accounts receivables are growing faster than sales, that signals some concerns about the quality

---

[4]    *See* Leo Kurtis, *Accounts Receivable and Inventories*, Finance, Money, Business, Stock Market, Feb. 6, 2007, *available at* http://www.servoo.net/?p=170.

[5]    *See* The Motley Fool, *Motley Fool: What is channel stuffing?* Houston Chronicle Oct. 29, 2007, *available at* http://www.chron.com/business/article/Motley-Fool-What-is-channel-stuffing-1837822.php.

[6]    *See* Sean Hannon, *5 Ratios that Help Detect Accounting Scandals*, Stock Trading To Go, June 7, 2009, *available at* http://www.stocktradingtogo.com/2009/06/17/corporate-accounting-scandals-detecting-enron-worldcom-aig/

1  of the sales."[7]  And, PricewaterhouseCoopers has explained in a publication titled,

2  "Protecting Retail & Consumer companies against fraud and misconduct at the

3  business process level," that auditors should "[r]eview ratio of accounts receivable as

4  a percentage of sales and total balance sheet between periods," as a "fraud auditing

5  step" for detecting "Financial statement manipulation."

6      63.    The following chart depicts Powerwave's accounts receivable attributable

7  to Team Alliance compared to Sales to Team Alliance during the Class Period:

| ($000's) | 3Q10 | 1Q11 | 2Q11 | 3Q11 |
|---|---|---|---|---|
| Net Sales to Team Alliance | $ 17,249 | $ 19,127 | $ 47,779 | $ 2,276 |
| Accounts receivable attributed to Team Alliance | <$15,626 | $ 24,399 | $ 57,648 | $ 50,293 |
| Sales to Team Alliance as a percent of total sales | 11% | 14% | 28% | 3% |
| Accounts receivable attributed to Team Alliance as a percent of total accounts receivable | <10% | 14% | 27% | 34% |

18      64.    While experts state that accounts receivable should track sales and its red

19  flag when receivables increase significantly faster than sales, the percentage of

20  Powerwave's accounts receivable attributable to Team Alliance spiked to more than

21  *2000% higher* than sales in 3Q11, compared to 21% and 28% higher in 2Q11 and

22  1Q11, respectively. Prior to 1Q11, Team Alliance had accounted for less than 10% of

23  total accounts receivable.  As bulk orders to Team Alliance continued, so did

24  receivables and Team Alliance accounted for 14% and 27% of Powerwave's

25  receivables at the end of 1Q11 and 2Q11, respectively. But, despite sales to Team

26

27  [7]   *See* Cassell Bryan-Low and Jeff D. Opdyke, *Heard on the Street: How to Predict the Next Fiasco In Accounting and Bail Early*, Wall. St. J., Jan. 24, 2012.

28

811515_2

1  Alliance dropping to just 3% of total sales in 3Q11, the percentage of receivables

2  attributable to Team Alliance dramatically increased to 34%. And, tellingly, the

3  percentage of receivables attributable to Team Alliance remained at 33% through

4  April 1, 2012 despite a continued sales level below 10%. That Powerwave did just $2

5  million in sales to Team Alliance in 3Q11 but was owed over $50 million by Team

6  Alliance at the end of 3Q11 demonstrates *that Team Alliance still had not paid down*

7  *the receivables incurred during the Class Period as a result of Powerwave's*

8  *improper revenue recognition.*

9          **2.**    **Powerwave's Revenue Recognition Scheme Is**

10               **Corroborated by the 92% Increase in DSO in 3Q11**

11     65.    As detailed herein (*see* §§VI and VII), as a result of Powerwave's

12 "shady" practices, the amount owed by Team Alliance and other customers began to

13 grow rapidly. Accordingly, Powerwave's DSO increased from 91 days at 3Q10 to

14 175 days at 3Q11 – *a 92% increase.* And, tellingly, DSO *increased 54% from 2Q11*

15 *to 3Q11.*

16     66.    DSO is a common financial metric that represents the average number of

17 days it takes a company to collect its receivables. It is a measure of collectability and

18 also serves as a useful measure of cash flow efficiency and revenue quality. A DSO

19 of 50, for example, means that it takes a company 50 days on average to convert a

20 credit sale (*i.e.*, an account receivable) into cash. An abnormally high DSO, in

21 comparison to a relevant benchmark, is a sign that receivables are at risk of collection

22 and may indicate problems with the collection process at the Company.[8]   An

---

[8]    *See* David C. Hammer, *Performance is reality, how is your revenue cycle holding up?*, Healthcare Financial Management Association (July 1, 2005); *see also* Michael D. Carpenter, A Reliable Framework for Monitoring Accounts Receivable, Financial Management Vol. 8, No. 4 at 37-40 (Winter 1979); Scott Blakeley, Esq., *The Credit Professional's Duty and Protection with Disclosing Corporate Fraud at the Public Company*, The Credit Research Foundation at 2 (November 2002) ("*A company's DSO is, at least on Wall Street, an important indicator of the condition of its accounts receivable, and therefore a gauge of asset quality.*").

811515_2

1   abnormally high DSO is also often a symptom of improper revenue recognition.  As
2   such, DSO is a widely used metric associated with measuring the quality of a
3   company's revenue and associated accounts receivable portfolio. ***The significance of***
4   ***this metric has been made clear by the SEC: "[a] growing DSO figure is often a***
5   ***telltale sign that a company's receivables are impaired."[9]*** This is because the older a
6   receivable gets, the less likely it is to be collected, and there is a much greater chance
7   that receivables will not be collected when revenue has been recognized improperly.

8       67.     According to another of the "Big 4" auditing firms, a high DSO figure is
9   a clear red flag.  In section 8.4(b) of "Understanding and Using Financial Data, An
10  Ernst & Young Guide for Attorneys," Ernst & Young ("E&Y") stated: "***The higher***
11  ***the number, the greater should be the concern over customers not paying their***
12  ***bills***."  Similarly, E&Y noted that, "If the days receivable outstanding becomes too
13  high, it could indicate that the company is not enforcing its credit policies."

14      68.     Industry DSO figures were available to defendants during the Class
15  Period.  Various professional organizations publish DSO information and industry
16  averages.  The median industry DSO at the end of 2010 was 58 days[10].  This was
17  calculated by dividing net accounts receivable by net revenue for the year and then
18  multiplying by 365 days.[11]  Similarly, using a comparable formula, the median DSO
19  for Powerwave's competitors with publicly available quarterly financial statements
20  was approximately 69 days and the average DSO was 70 days for the December 2010

21

22  [9]   *See SEC v. Korkuc*, No. 03-cv-3017, Complaint, ¶28 (E.D.N.Y. June 19, 2003);
23  *see also* SEC AAER No. 1673A (Nov. 25, 2002), *available at*
    http://www.sec.gov/litigation/litreleases/ lr17859a.htm.

24  [10]   Median DSO for the communications equipment industry per CFO/REL's The
25  2011 Working Capital Scorecard, *available at*
    http://www.cfo.com/media/pdf/1107WCcharts.pdf.  The median DSO at the end of
26  2009 was 57 days per The 2010 Working Capital Scorecard.

27  [11]   Net accounts receivable is derived by subtracting the allowance for doubtful
    accounts from gross accounts receivable.

28

811515_2

1    quarter.[12]  Comparatively, Powerwave's DSO was 97 days for 4Q10 and ballooned to
2    175 days at the end of the Class Period, 3Q11.  This was contrary to defendant
3    Michaels' statement during the 2Q11 conference call when DSO was already 114 days
4    that "DSOs should decrease . . . as [Powerwave management] anticipate[s] increased
5    collections throughout the third quarter."  The following charts depict Powerwave's
6    abnormally high and escalating DSO:

| 3Q10 | 4Q10 | 1Q11 | 2Q11 | 3Q11 |
|------|------|------|------|------|
| 91   | 97   | 116  | 114  | 175  |



18        69.    The dramatic *92% increase* in Powerwave's DSO during the Class period
19   confirms that Powerwave was not making its customers pay.  And, considering the
20   astronomical DSO in combination with the Company's accounts receivable attributed
21   to Team Alliance at the end of the Class period, it is clear why the DSO spiked
22   Powerwave was not making Team Alliance pay.

---

25   [12]    Calculated  based  upon  publicly  available  financial  information  for  the
26   following of Powerwave's "competitors" as disclosed in its 2010 and 2011 Forms 10-
     K: Fujitsu Limited, Hitachi Kokusai Electric Inc., and Tyco Electronics (now known
27   as TE Connectivity Ltd).  Several other foreign competitors were listed, but quarterly
     financial data was not easily available.

811515_2

### 3. On October 18, 2011, Buschur Admitted that an Inventory Buildup of a "Couple of Quarters" at North American Customers Was a Cause of the Dramatic Decline in Demand

70.     During the October 18, 2011 conference call, financial analysts could not understand how there could be such a dramatic decline in demand when just six weeks before the end of 3Q11, on August 9, 2011, defendants had repeatedly answered direct and specific questions about demand by saying "***demand is very healthy***."  For example, on August 9, 2011, defendants were asked if the second half of 2011 would be "better or worse" than the first half and were unequivocal: "our outlook ***is*** better." And, that same day were asked about demand – and the analyst even noted that "***obviously there is a lot of worry about demand***."   Again defendants were unequivocal and stated that "***North American operators . . . are all committed to going forward***." But, just six weeks later Powerwave missed revenue estimates by over 50%.

71.     On the October 18, 2011, call, an analyst from WBJ Capital specifically asked whether an "inventory buildup" – or customers having too much of Powerwave's product – at North American customers was a possible cause. Buschur admitted that "***there is some inventory sitting there being positioned for the next couple of quarters***." The context of Bushur's statement is important to note, it was a direct response to an analyst's inquiry about the reason for the dramatic decline in sales and whether an "inventory buildup" at any North American customers was a cause.

**Ted Moreau** – *WBJ Capital Group, Inc. – Analyst*

Okay.  Was there any possibility of an ***inventory buildup*** at any other customers in North America?

**Ron Buschur** – *Powerwave Technologies, Inc. – President and CEO*

Well, I certainly would believe based on some of the slowdown, and how abrupt it was after the August announcement, that there

- 27 -

811515_2

1    probably is some inventory that is sitting there.  We have a fairly good

2    understanding of the inventory that we hold, based on the delay, so I

3    would anticipate *there is some inventory sitting there being positioned*

4    *for the next couple of quarters*.

5    72.    Michaels was also specifically asked where the biggest decline in

6    revenue was and Michaels admitted it was the North American market.  "[D]id you

7    give a break out between, which was the bigger decline? Was it North America or

8    EMEA?"  Michaels responded: "The North America market was the largest."

9    73.    The market understood Buschur's answer to the direct and specific

10   question about an "inventory buildup" at North American customers as an admission

11   that *a cause* of Powerwave's massive decline in demand was the fact that North

12   American customers were sitting on a "couple of quarters" of inventory.  For example,

13   the next day, on October 19, 2011, financial analysts at Jefferies issued an analyst

14   report that highlighted the fact that Buschur admitted to an "inventory buildup" at

15   North American customers on the previous days call.  In their report that day titled,

16   *"Dramatic Pre-Announcement: Inventory Correction at AT&T Even Worse Than*

17   *Feared*," Jefferies specifically focused on the inventory buildup.  Based on Buschur's

18   statements the day before, Jefferies stated that *"PWAV mgmt believes the AT&T*

19   *inventory correction will last a couple Qs*."  In other words, the market understood

20   Buschur's answer to the question about an inventory buildup at North American

21   customers as an admission that there was an "inventory correction" at AT&T (Team

22   Alliance) that "will last a couple" quarters.

23   74.    And, on the November 1, 2011, conference call – again discussing 3Q11

24   results – Buschur again confirmed what he had said on the October 18, 2011 call

25   about an inventory buildup at North American customers.  Specifically, during the

26   November 1, 2011 conference call, an analyst from Fore Research and Management

27   got Buschur to confirm what he did on the October 18, 2011 call – that a cause of the

28   huge decline in North American demand was the "inventory correction" at North

- 28 -

American customers.  The analyst asked: "*So basically what you're saying is this is more of an inventory correction more so than a revenue that is going to be lost going forward, basically?*"  *Buschur was unequivocal in his response:* "*Yes.*"

## VIII.  DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS ISSUED DURING THE CLASS PERIOD

### A.    3Q09 Press Release, and Report on Form 10-Q

75.    The Class Period commences on October 28, 2010.  On that date Powerwave issued a press release announcing its financial results for its third quarter (3Q10), the period ending October 3, 2010. On November 2, 2010, Powerwave filed its Report on Form 10-Q.  In the 3Q10 press release and Report on Form 10-Q, defendants made false and misleading statements.  In particular: defendants: (i) failed to disclose the extent to which Powerwave's business was reliant upon the 3Q10 end-of-quarter bulk orders that granted the customer a right of return if the product could not be resold, to try to meet forecast expectations for its performance; (ii) issued materially false and misleading financial statements that failed to properly account for revenues from the 3Q10 bulk order that granted the customer a right of return if the product could not be resold; (iii) issued financial guidance to investors that failed to disclose the improper bulk order; and (iv) concealed the extent to which the 3Q10 bulk order presented a significant risk to demand for the Company's products.

76.    Defendant Buschur commented on the results, stating, in pertinent part, as follows:

"For the third quarter of 2010, *we were able to show growth of 12.8% over the same period last year . . . .*" "More importantly, we were able to continue our improvements in our gross margins for this year, with the added benefit of demonstrating strong profitability on both a GAAP and pro forma basis for the third quarter.  While we continue to experience longer than normal supply chain lead times and global macro economic issues which continue to impact our business, *we see signs of*

811515_2

*improvement in overall demand for wireless infrastructure equipment.*
*In particular, we believe that strong North American wireless capital*
*spending patterns should remain throughout the next year*."

77.    Following the issuance of the press release, also on October 28, 2010, Powerwave held a conference call with analysts and investors to discuss the Company's earnings and operations.  During the conference call, defendants Michaels and Buschur made positive statements about the Company, current demand, and its operations.

78.    On November 2, 2010, Powerwave filed its quarterly report on Form 10-Q for the quarterly period ending October 3, 2010.  In the 3Q10 Form 10-Q defendants emphasized that Powerwave has "maintained [its] overall market share within the wireless communications infrastructure equipment market," and that its "proprietary design technology is a further differentiator for our products."

79.    By virtue of the facts alleged in §§VI, VII and X-XIII, and the other facts set forth herein, it may be strongly inferred that defendants knew or recklessly disregarded that the statements in the October 28, 2010 press releases and conference call, and November 2, 2010 Form 10-Q, would be, and were, misleading to and operated as a fraud upon investors.   Considered as a whole, defendants' representations about the Company's revenue and the purported continuing strength of Powerwave's performance along with its prospects for driving further growth, continued to mislead investors by presenting an overly-optimistic picture of Powerwave's results, while failing to disclose, and actively concealing or recklessly ignoring, conditions which created material and significant risks to the Company. Together, these facts and the other allegations herein give rise to a strong inference that defendants knew or recklessly disregarded the actual condition of the Company at the time they delivered their statements.  In particular, the foregoing statements were false and recklessly misleading in at least the following respects:

811515_2

1         (a)    Defendants concealed the extent to which the Company's revenues

2    had been achieved through improper and unsustainable sales practices, including the

3    last-minute 3Q10 $15 million bulk order to Team Alliance that included a right of

4    return if Team Alliance could not re-sell the product, were unconnected to actual

5    demand. *See* §§VI, VII and X-XIII.

6         (b)    Defendants omitted disclosure of the true nature and substance of

7    the 3Q10 end-of-quarter bulk order with Team Alliance in the November 2, 2010

8    Form 10-Q and statements detailed above, or the material risks those practices created

9    to Powerwave's future financial results. *See* §§VI, VII and X-XIII.

10        (c)    Powerwave's reported financial results were the result of an

11   accounting scheme employing improper accounting practices in violation of GAAP

12   and SEC revenue recognition requirements. *See* §§VI, VII and X-XIII.

13        (d)    The financial results created a false and misleading appearance of

14   demand for Powerwave's products because the reported revenues had been artificially

15   inflated. *See* §§VI, VII and X-XIII.

16        (e)    Powerwave's purported demand was a result of unsustainable

17   business practices of forcing more products through its sales channels with the 3Q10

18   end-of-quarter bulk order to Team Alliance than Powerwave's customers could

19   reasonably expect to absorb, thereby cannibalizing sales from future periods. *See*

20   §§VI, VII and X.

21   **B.    4Q10 Press Release and Conference Call, and Report on
      Form 10-K**

22

23       80.    On February 1, 2011, Powerwave published its 4Q10 press release and

24   held a conference call with financial analysts.  And, on February 17, 2011,

25   Powerwave filed its Report on Form 10-K. In the 4Q10 press release and conference

26   call and full-year 2010 Report on Form 10-K, defendants made false and misleading

27   statements.  In particular defendants: (i) failed to disclose the extent to which

28   Powerwave's business was reliant upon the 3Q10 and 4Q10 end-of-quarter bulk

1   orders that granted the customer a right of return if the product could not be resold, to
2   try to meet forecast expectations for its performance; (ii) issued materially false and
3   misleading financial statements that failed to properly account for revenues from bulk
4   orders that granted the customer a right of return if the product could not be resold;
5   (iii) issued financial guidance to investors that failed to disclose the improper bulk
6   orders; and (iv) concealed the extent to which the bulk orders presented a significant
7   risk to demand for the Company's products.

8        81.    On February 1, 2011, the Company issued a press release announcing
9   financial results for 4Q10, the period ending January 2, 2011, which reported net sales
10  of $175.6 million, compared to $142.6 million for the same period the prior year.
11  Defendant Buschur commented on the results, stating, in pertinent part, as follows:

> "For the fourth quarter of 2010, *we were able to show growth of 23%*
> *over the same period last year and 12% sequentially over the third*
> *quarter of this year* . . . ." "More importantly, we were able to continue
> our improvements in our operating income for this year, with the added
> benefit of demonstrating strong profitability on both a GAAP and pro
> forma basis for the fourth quarter and year results. We *continue to see*
> *signs of improvement in overall demand for wireless infrastructure*
> *equipment,* driven globally by the continued increase in demand for
> smartphones and the requirements for faster data transmission rates.

21       82.    Following the issuance of the press release, also on February 1, 2011,
22  Powerwave held a conference call with analysts and investors to discuss the
23  Company's fiscal 2010 earnings and operations.   During the conference call,
24  defendants Michaels and Buschur made positive statements about the Company and
25  its current operations. *Buschur bragged that for the fiscal year 2010, "we met our*
26  *annual guidance," and that 2010 was Powerwave's "first fully profitable year on a*
27  *GAAP basis since 2005."*   Michaels stated that Powerwave was establishing a fiscal
28  2011 annual revenue range "of $650 million to $680 million." Michaels added that

811515_2

1  *"[t]he midpoint of this range represents annual growth of 12% which we believe is*
2  *above the expected growth rates for the industry."*

3      83.   During the February 1, 2011 conference call, Buschur also made the

4  following statements:

5      The demand in the Wireless data is exploding, as can be seen by the

6      exponential growth in the use of Smart Phones utilizing voice, video and

7      data.   This demand is fueling requirements for cost effective

8      infrastructure deployments for both upgrading to existing 2G, 3G, and

9      4G deployment technologies.

10                      *      *      *

11  **Charles Johns** – *Canaccord Genuity – Analyst*

12      Great. And then Ron, maybe a last one for you. Just wondering,

13  when you look out longer term and think of the LTE and the various

14  carrier deployments that should occur this year, maybe you could just

15  talk about Powerwave's strategic position relative to these LTE builds.

16  **Ron Buschur** – *Powerwave Technologies – President and CEO*

17      I think, as you can see from our antenna deployments, as well as

18  our tower mounted amplifiers in some of our base stations subsystems,

19  *we have had tremendous growth in the LTE segment of our business,*

20  *specifically with two large operators here in North America* that are

21  building out and one in Europe.

22                      *      *      *

23      We think that we have a technology advantage today in our

24  product offering when you look at the companies that have chosen us

25  and the awards and the percentage of the awards that we've been

26  awarded, when you look at percent of business.

27      84.   During the February 1, 2011 conference call, Michaels emphasized that

28  Powerwave was actually being "conservative" in its 2011 guidance:

- 33 -

1   I think to further on what Ron's saying, *we obviously think that we're*
2   *going to grow faster than the market in our segment*. But I think the
3   point you're asking, which I would agree with, is that no, we're not
4   looking for huge upsides. We think the market, we think we're
5   positioned well, and it isn't counting on our verticals like the government
6   business to be major contributors in the year. As Ron mentioned, we're
7   still at the early stage there. The actual revenue contribution is quite
8   low. *So I think overall we would say that we think we're being*
9   *reasonably conservative in our guidance and that there is good upside*
10  *potential*.

11  85. On February 1, 2011, Deutsche Bank issued a report on Powerwave.
12  Based on defendants' positive statements about demand, Deutsche Bank adjusted their
13  estimates for Powerwave's 2011 revenue as follows: (1) 1Q11E was $156m, is
14  $160m; (2) 2Q11E was $158m, is $162m; and (3) 2011E was $639m, is $654m.
15  Deutsche Bank also noted that "[t]he company again said that the second half of the
16  year will provide most of the growth."

17  86. On February 17, 2011 Powerwave filed its annual report on Form 10-K
18  for the fiscal year 2010, ended January 2, 2011. In the 2010 Form 10-K, defendants
19  emphasized that Powerwave has "maintained [its] overall market share within the
20  wireless communications infrastructure equipment market," and that its "proprietary
21  design technology is a further differentiator for our products." In its 2010 Form 10-K,
22  Powerwave also reported revenues of $591.5 million and earnings of $0.03 for the
23  fiscal year.

24  87. By virtue of the facts alleged in §§VI, VII and X-XIII, and the other facts
25  set forth herein, it may be strongly inferred that defendants knew or recklessly
26  disregarded that the statements in the February 1, 2011 press release and conference
27  call, and the financial information discussed therein and in the February 17, 2011
28  Report on Form 10-K, would be, and were, misleading to and operated as a fraud upon

811515_2

- 34 -

1    investors.  Considered as a whole, defendants' representations about the Company's
2    revenue and the purported continuing strength of Powerwave's performance along
3    with its prospects for driving further growth, continued to mislead investors by
4    presenting an overly-optimistic picture of Powerwave's results, while failing to
5    disclose, and actively concealing or recklessly ignoring, conditions which created
6    material and significant risks to the Company.  Together, these facts and the other
7    allegations herein give rise to a strong inference that defendants knew or recklessly
8    disregarded the actual condition of the Company at the time they delivered their
9    statements.    In particular, the foregoing statements were false and recklessly
10   misleading in at least the following respects:

11            (a)    Defendants concealed the extent to which the Company's revenues
12   had been achieved through improper and unsustainable sales practices, including the
13   last-minute 3Q10 and 4Q10 $15 million bulk orders to Team Alliance that included a
14   right of return if Team Alliance could not re-sell the product, were unconnected to
15   actual demand.  *See* §§VI, VII and X-XIII.

16            (b)    Defendants omitted disclosure of the true nature and substance of
17   the 3Q10 and 4Q10 end-of-quarter bulk orders with Team Alliance in the February 17,
18   2011 Report on Form 10-K and statements detailed above, or the material risks those
19   practices created to Powerwave's future financial results. *See* §§VI, VII and X-XIII.

20            (c)    Powerwave's reported financial results were the result of an
21   accounting scheme employing improper accounting practices in violation of GAAP
22   and SEC revenue recognition requirements.  *See* §§VI, VII and X-XIII.

23            (d)    At the time the statements were made, internal forecasting data and
24   sales reports that were circulated among the Company's executives and management
25   contradicted the positive outlook the defendants' public statements were intended to
26   create.  *See* §§VI, VII and X-XIII.

27

28

811515_2

(e)     The financial results created a false and misleading appearance of demand for Powerwave's products because the reported revenues had been artificially inflated.  *See* §§VI, VII and X-XIII.

(f)     Powerwave's purported demand was a result of unsustainable business practices of forcing more products through its sales channels with the 3Q10 and 4Q10 end-of-quarter bulk order to Team Alliance than Powerwave's customers could reasonably expect to absorb, thereby cannibalizing sales from future periods. *See* §§VI, VII and X-XIII.

(g)     Powerwave's financial guidance was false and lacked a reasonable basis, because it failed to disclose the 3Q10 and 4Q10 bulk orders to Team Alliance or the effect those bulk orders could have on fiscal year 2011 sales. *See* §§VI, VII and X-XIII.

## C.     Financial Analysts Contrast Powerwave's Bullish 2011 Guidance with the "Lackluster" Growth Expected for the Industry

88.     On March 17, 2011, Brigantine Advisors issued a report on Powerwave, "Initiating Coverage with a Buy Rating."  The report noted that Powerwave had exhibited new products to the analyst, Kevin Dede, "behind closed doors at Mobile World Congress in Barcelona this past February," which led the analyst to make his recommendation and set a $5 price target.  Powerwave was then trading at $3.78.

89.     The March 17, 2011, Brigantine Advisors report went on to discuss the "mobile infrastructure industry" generally and noted that "third party research providers appear to believe that *the mobile infrastructure industry should see lackluster growth this year*."   Specifically, the report noted that iSuppli – a technology market research firm – "projects that the global mobile infrastructure market should return to modest growth of 3.6% in 2011."  And, the Dell'Oro Group – a networking and telecommunications industries market research firm – "concurs with iSuppli" and projects "roughly 4%" growth in 2011. *The Brigantine Advisors report*

- 36 -

811515_2

1  *contrasts what the market experts are expecting with what Powerwave said it*
2  *expects for 2011, "the mid-point" of Powerwave's 2011 guidance, "$655 million*
3  *represents 12% annual growth for the current year."*

4       90.    On March 24, 2011, after meeting with Powerwave's management on
5  March 23, 2011, CL King & Associates issued an analyst report on Powerwave,
6  "[u]pgrading to Buy from Neutral." The report noted that the "overall tenor of the
7  meeting was highly upbeat." That same day, March 24, 2011, WJB Capital Group
8  issued an analyst report, noting that they had met with CFO Michaels, "who suggested
9  that wireless spending trends remain strong, driven by North America."

10      91.    Following the release of these misleading statements, Powerwave's stock
11 began climbing steadily from $1.91 on October 28, 2010 to $4.69 on May 2, 2011.

12  **D.   1Q11 Press Release, and Conference Call and Report on Form 10-Q**
13

14      92.    On May 5, 2011, Powerwave published its 1Q11 press release and held a
15 conference call with financial analysts. And, on May 9, 2011, Powerwave filed its
16 Report on Form 10-Q. In the 1Q11 press release and conference call and Report on
17 Form 10-Q, defendants made false and misleading statements. In particular:
18 defendants: (i) failed to disclose the extent to which Powerwave's business was reliant
19 upon the 3Q10 and 4Q10 end-of-quarter bulk orders that granted the customer a right
20 of return if the product could not be resold, and the 1Q11 bulk order that was made up
21 of defective product that would be replaced in a later quarter, to try to meet forecast
22 expectations for its performance; (ii) issued materially false and misleading financial
23 statements that failed to properly account for revenues from bulk orders that granted
24 the customer a right of return if the product could not be resold and were made up of
25 defective product that would be replaced in a later quarter; (iii) issued financial
26 guidance to investors that failed to disclose the improper 3Q10, 4Q10, and 1Q11 bulk
27 orders; and (iv) concealed the extent to which the 3Q10, 4Q10, and 1Q11 bulk orders
28 presented a significant risk to demand for the Company's products.

- 37 -

1    93.    On May 5, 2011, Powerwave issued a press release announcing its

2  financial results for its first quarter, the period ending April 3, 2011.  For the quarter,

3  the Company reported net sales of $136.6 million, compared to $114.5 million for the

4  same period the prior year.  Defendant Buschur commented on the results, stating, in

5  pertinent part, as follows:

6           The first quarter revenue was impacted by delays we encountered

7        ramping up one of our new LTE products . . . .  "We believe that *we*

8        *have resolved the production issues* that impacted our revenues for the

9        first quarter.  Looking ahead for the remainder of this year, we continue

10       to believe that *we are on track for meeting our annual revenue*

11       *guidance*.  There *are signs of improving demand* for global wireless

12       infrastructure for the remainder of 2011."

13   94.    Following the issuance of the press release, on May 5, 2011, Powerwave

14  held a conference call with analysts and investors to discuss the Company's earnings

15  and operations.  During the conference call, defendants Michaels and Buschur made

16  positive statements about the Company and its operations.  Michaels stated that 1Q11

17  revenues were impacted by the fact that "the first quarter is usually the slowest quarter

18  of the year."  Michaels also explained that 1Q revenues "were impacted by production

19  delays we encountered while ramping up one of our new LTE products."  He added

20  that the production delays on the new LTE product "impacted our revenue for the first

21  quarter by approximately $8 million."  Michaels emphasized that Powerwave had

22  "*resolved this issue going forward to meet our customers' increased demand*."

23  Further bolstering his statements about increased demand, Michaels said that

24  Powerwave had "reviewed [its] market forecast and *current demand trends* and we

25  continue to believe that *we will achieve our fiscal 2011 annual revenue range of*

26  *$650 million to $680 million*."

27   95.    On the same May 5, 2011 conference call, Buschur explained that the

28  disappointing first-quarter results were due to "unique issues" that "*are behind us*,"

- 38 -

1  and emphasized that "*[t]he demand for Powerwave's advanced products are*
2  *extremely strong*." In addition, Buschur added:

3  > As Kevin noted, we continue to believe that we will be able to
4  > achieve our annual revenue guidance of $650 million to $680 million.
5  > As you know, *we typically do not give quarterly guidance*, but due to
6  > the current results and the *fact that we have been seeing an increase in*
7  > *demand for our products*, we believe the revenue for Q2 will be
8  > between $170 million and $180 million. *We are confident that the*
9  > *demand should continue to improve throughout this year.*

10  *       *       *

11  > We believe that Powerwave has the product and solutions necessary for
12  > these types of cost-effective deployments, as well as we are well
13  > positioned to benefit from this demand.

14  96.     During the May 5, 2011 conference call, defendants also responded to a
15  number of questions regarding the "surge in demand" that defendants were reporting:

16  **Mike Walkley** – *Canaccord Genuity – Analyst*

17  > . . . Ron, with the strong sequential guidance it appears you didn't
18  > lose any sales to a competitor due to issues with LTE delays. Can you
19  > give us a little more color on maybe what caused the delay and also, can
20  > you update us on the competitive environment?

21  **Ron Buschur** – *Powerwave Technologies – President and CEO*

22  > . . . We may have underestimated the ability to ramp that product
23  > so quickly with the volume demand that was placed upon us, *but we*
24  > *have that behind us*, and you're correct, we don't believe that it hurt our
25  > market share. *In fact, we're seeing demand across the board*, not just
26  > with the one operator for our LTE products.

27  *       *       *

28  **Ted Moreau** – *WBJ Capital – Analyst*

811515_2

1       ... *On the guidance for Q2, it's a pretty big snap back* and so

2   I'm just wondering if – how comfortable do you feel about your

3   manufacturing capacity and your ability to handle the surge in demand

4   for Q2?

5   **Ron Buschur** – *Powerwave Technologies – President and CEO*

6       Well, I think, Ted, we feel very comfortable that we can achieve

7   that range. ...

8   **Ted Moreau** – *WBJ Capital – Analyst*

9       Okay, great. And then one of the North American carriers spent

10  heavily in Q1, really seems like they're front-end loading their full year.

11  So, do you think once you get through Q2 does 2011 for North America

12  flatten out a little bit, or do you still – would you still see nice growth as

13  the year progresses?

14  **Ron Buschur** – *Powerwave Technologies - President and CEO*

15      We – I guess I don't see that same type of rollout, Ted, yet. *I see*

16  *a pretty healthy growth in North America across most of the operators*

17  *the remainder of 2011*, and then assuming that the merger of the two

18  large operators takes place as scheduled, I think 2012 should be a pretty

19  good year, as well.

20      97.    Powerwave's constant assurances of increased revenue from strong

21  demand was adopted by financial analysts. The next day, May 6, 2011, Brigantine

22  Advisors issued a report on Powerwave titled: "Disappointing March Report, but

23  Raising Sales Estimates on Expected Strong June Demand; Reiterate Buy." The

24  report notes that "Powerwave's March quarter report of $136.6M . . . missed our

25  $150.0 and $0.04 estimate and consensus estimates of $151.8M and $0.03 last night."

26      98.    That same day, May 6, 2011, WJB Capital Group issued a report on

27  Powerwave titled "Messier Than It Should Have Been." The report noted that

28  Powerwave "missed" analyst expectations. "Despite the Q1 miss," given

- 40 -

811515_2

1 | Powerwave's positive statements on May 5, 2011, WJB Capital Group stated that
2 | Powerwave "doesn't appear to have lost market share or demand."  Merriman Capital
3 | also issued a report that day, "remain[ing] positive" on Powerwave given defendants'
4 | claims of "broad based demand from operators as well as an alleviation of production
5 | issues."

6 |     99.    On May 9, 2011, Powerwave filed its quarterly report on Form 10-Q for
7 | the quarterly period ending April 3, 2011.  In the 1Q11 Form 10-Q defendants again
8 | emphasized that Powerwave has "maintained [its] overall market share within the
9 | wireless communications infrastructure equipment market," and that its "proprietary
10 | design technology is a further differentiator for our products."

11 |     100.    By virtue of the facts alleged in §§VI, VII and X-XIII, and the other facts
12 | set forth herein, it may be strongly inferred that defendants knew or recklessly
13 | disregarded that the statements in the May 5, 2011 press release and conference call,
14 | and the financial information discussed therein and in the May 9, 2011 Report on
15 | Form 10-Q, would be, and were, misleading to and operated as a fraud upon investors.
16 | Considered as a whole, defendants' representations about the Company's revenue and
17 | the purported continuing strength of Powerwave's performance along with its
18 | prospects for driving further growth, continued to mislead investors by presenting an
19 | overly-optimistic picture of Powerwave's results, while failing to disclose, and
20 | actively concealing or recklessly ignoring, conditions which created material and
21 | significant risks to the Company.  Together, these facts and the other allegations
22 | herein give rise to a strong inference that defendants knew or recklessly disregarded
23 | the actual condition of the Company at the time they delivered their statements.  In
24 | particular, the foregoing statements were false and recklessly misleading in at least the
25 | following respects:

26 |     (a)    Defendants concealed the extent to which the Company's revenues
27 | had been achieved through improper and unsustainable sales practices, including the
28 | last-minute 3Q10 and 4Q10 $15 million bulk orders to Team Alliance that included a

- 41 -

811515_2

1  right of return if Team Alliance could not re-sell the product and last minute 1Q11

2  $15 million bulk order to Team Alliance of defective product that would be replaced

3  in a later quarter, were unconnected to actual demand.  *See* §§VI, VII and X-XIII.

4          (b)     Defendants omitted disclosure of the true nature and substance of

5  the 3Q10, 4Q10, and 1Q11 end-of-quarter bulk orders with Team Alliance in the May

6  9, 2011 Report on Form 10-Q and statements detailed above, or the material risks

7  those practices created to Powerwave's future financial results. *See* §§VI, VII and X-

8  XIII.

9          (c)     Powerwave's reported financial results were the result of an

10  accounting scheme employing improper accounting practices in violation of GAAP

11  and SEC revenue recognition requirements.  *See* §§VI, VII and X-XIII.

12          (d)     At the time the statements were made, internal forecasting data and

13  sales reports that were circulated among the Company's executives and management

14  contradicted the positive outlook the defendants' public statements were intended to

15  create. *See* §§VI, VII and X-XIII.

16          (e)     The financial results created a false and misleading appearance of

17  demand for Powerwave's products because the reported revenues had been artificially

18  inflated. *See* §§VI, VII and X-XIII.

19          (f)     Powerwave's purported demand was a result of unsustainable

20  business practices of forcing more products through its sales channels with the 3Q10,

21  4Q10, and 1Q11 end-of-quarter bulk order to Team Alliance than Powerwave's

22  customers could reasonably expect to absorb, thereby cannibalizing sales from future

23  periods. *See* §§VI, VII and X-XIII.

24          (g)     Powerwave's financial guidance for both full year 2011 and 2Q11

25  was false and lacked a reasonable basis, because it failed to disclose the 3Q10, 4Q10,

26  and 1Q11 bulk orders to Team Alliance or the effect those bulk orders could have on

27  fiscal year 2011 sales and/or 2Q11 sales. *See* §§§VI, VII and X-XIII.

28

811515_2

1

**E.     May 24, 2011 Barclays Capital Global Communications
Conference**

2

101.   On May 24, 2011, *just five weeks before the end of 2Q11*, Powerwave

3

participated in the Barclays Capital Global Communications, Media, and Technology

4

Conference and reiterated that demand was "improving and strong," and "certainly"

5

had "improved now" over 1Q11.  These statements were false and misleading.  In

6

particular: defendants: (i) failed to disclose the extent to which Powerwave's business

7

was reliant upon the 3Q10 and 4Q10 end-of-quarter bulk orders that granted the

8

customer a right of return if the product could not be resold, and the 1Q11 bulk order

9

that was made up of defective product that would be replaced in a later quarter, to try

10

to meet forecast expectations for its performance; and (ii) concealed the extent to

11

which the 3Q10, 4Q10, and 1Q11 bulk orders presented a significant risk to demand

12

for the Company's products.

13

102.   Michaels made the following statements:

14

Last quarter, we had some production issues on a new product.

15

We had yield issues on it.  We did not get as high yield as we expected.

16

We, since the end of the quarter, have significantly improved our yield.

17

We have caught up with the stuff that we missed in that quarter.

18

At the same time, *demand has continued to be improving and

19

strong*, so we're feeling fairly confident today in the outlook in the

20

demand side of the market.  It is tracking to what we expected, which

21

initially in the first quarter, the very beginning of the first quarter, was a

22

little slower than we expected.  It didn't start picking up until toward the

23

end of the first quarter and a little too late for us, but *it certainly has

24

improved now*.  So we're fairly – things are tracking what we expect.

25

103.   By virtue of the facts alleged in §§VI, VII and X-XIII, and the other facts

26

set forth herein, it may be strongly inferred that defendants knew or recklessly

27

disregarded that the statements made at the May 24, 2011, Barclays Capital Global

28

811515_2

1   Communications, Media, and Technology Conference, would be, and were,
2   misleading to and operated as a fraud upon investors.  Considered as a whole,
3   defendants' representations about the Company's revenue and the purported
4   continuing strength of Powerwave's performance along with its prospects for driving
5   further growth, continued to mislead investors by presenting an overly-optimistic
6   picture of Powerwave's results, while failing to disclose, and actively concealing or
7   recklessly ignoring, conditions which created material and significant risks to the
8   Company.  Together, these facts and the other allegations herein give rise to a strong
9   inference that defendants knew or recklessly disregarded the actual condition of the
10  Company at the time they delivered their statements.  In particular, the foregoing
11  statements were false and recklessly misleading in at least the following respects:

12          (a)     Defendants concealed the extent to which the Company's revenues
13  had been achieved through improper and unsustainable sales practices, including the
14  last-minute 3Q10 and 4Q10 $15 million bulk orders to Team Alliance that included a
15  right of return if Team Alliance could not re-sell the product and last minute 1Q11
16  $15 million bulk order to Team Alliance of defective product that would be replaced
17  in a later quarter, were unconnected to actual demand.  *See* §§VI, VII and X-XIII.

18          (b)     Defendants omitted disclosure of the true nature and substance of
19  the 3Q10, 4Q10, and 1Q11 end-of-quarter bulk orders with Team Alliance in the
20  statements detailed above, or the material risks those practices created to Powerwave's
21  future financial results. *See* §§VI, VII and X-XIII.

22          (c)     Powerwave's purported demand was a result of unsustainable
23  business practices of forcing more products through its sales channels with the 3Q10,
24  4Q10, and 1Q11 end-of-quarter bulk order to Team Alliance than Powerwave's
25  customers could reasonably expect to absorb, thereby cannibalizing sales from future
26  periods.  *See* §§VI, VII and X-XIII.

27
28

811515_2

- 44 -

IX.   **THE TRUTH BEGINS TO EMERGE**

A.   **2Q11 Press Releases and Conference Call**

104.   On July 12, 2011, Powerwave issued a press release to provide a "Second Quarter Update." In the press release, the Company *reduced the 2Q11 guidance* it had given on May 5, 2011 due to "*slowness in several of our markets*." The Company also reduced full-year 2011 guidance to the "bottom range" of the previous $650 million - $680 million. The Company reported that for its second fiscal quarter, the period ending July 3, 2011, it "anticipates that revenues for its fiscal second quarter ended July 3, 2011 will be in the range of $168 million to $172 million. This updates Powerwave's previously announced expectations of revenues for the second quarter." The reduced 2Q11 guidance due to declining demand "in several" markets caught investors off guard given that with five weeks to go in 2Q11, on May 24, 2011, defendants claimed that demand was "improving and strong" and "certainly ha[d] improved now" over 1Q11. Defendant Buschur commented on the announcement, stating, in pertinent part, as follows:

> "For the second quarter, in spite of some *slowness in several of our markets*, we were able to *increase revenues by over 24 percent from the first quarter of this year* and achieve the anticipated revenue range[.] Looking ahead for the remainder of this year, we continue to believe that *we are on track for meeting the bottom range of our 2011 annual revenue guidance of $650 million to $680 million*. We continue to believe that Powerwave is in an excellent position to build upon and capture the long-term growth opportunities that are in the wireless infrastructure marketplace."

105.   On July 13, 2011, Merriman Capital issued a report on Powerwave. The report emphasized that Powerwave's reducing its full-year 2011 guidance, "is not AT&T driven as many reports have recently speculated." And added, that based on

- 45 -

811515_2

1  defendants' assurances, "[w]e believe that AT&T's wireless spending plans remain on
2  track."

3      106.  Also, on July 13, 2011, WJB Capital Group issued a report on
4  Powerwave and, given Buschur's positive statements the day before, noted that "we
5  do not believe the updated guidance is the result of changes in market share."

6      107.  On July 20, 2011, Powerwave issued a press release announcing that it
7  had entered into a purchase agreement to which it would issue an aggregate of $100
8  million of 2.75% Convertible Senior Subordinated Notes due 2041.  According to
9  Powerwave, the offering allowed the Company to repurchase $42.6 million in
10  aggregate principal amount of its outstanding 1.875% Convertible Subordinated Notes
11  due 2024, leaving approximately $15.3 million in principal amount of its 1.875%
12  Notes outstanding.  In addition, the Company stated that it was using approximately
13  $25 million from the offering to repurchase 11.2 million shares of its common stock
14  and would use the remaining net proceeds to pay down additional indebtedness and
15  for working capital purposes.

16      108.  On August 4, 2011, Powerwave issued a press release announcing its
17  financial results for its second quarter, the period ending July 3, 2011.  For the quarter,
18  the Company reported net sales of $170.6 million, compared to $144.6 million for the
19  same period the prior year.  For the first six months of 2011, total revenue was $307.3
20  million compared with $259.1 million for the first six months of fiscal 2010.
21  Defendant Buschur commented on the results, stating, in pertinent part, as follows:

22          For the second quarter, we were able to grow our revenues by 25%
23      sequentially from the first quarter of this year, and by 18% when
24      compared to the same period last year[.]  In addition, we were able to
25      show improvement in our gross margins during the quarter while
26      continuing to control our operating expenses, thereby driving strong
27      profitability on both a GAAP and pro forma basis for the second quarter.

28

811515_2