# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| Pawel I. Kmiec, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>Powerwave Technologies, Inc.; Ronald J. Buschur; and Kevin T. Michaels<br><br>                Defendants. | Case No. 8:12-CV-00222 CJC (JPRx)<br><br>**ORDER STAYING ALL PROCEEDINGS**<br><br>Judge:      Hon. Cormac J. Carney<br>Courtroom:  9B<br>Trial Date:   July 26, 2016 |

    Based on the joint stipulation entered by the parties on September 15, 2015, the Court hereby stays all proceedings in the above-captioned matter pending Lead Plaintiff's submission of a motion for preliminary approval of the settlement. If Lead Plaintiff has not moved for preliminary approval within 45 days from the date of this order, the parties will provide a status update to the Court at that time.

    DATED this 16th day of September, 2015.

_____
The Honorable Cormac J. Carney
United States District Judge