ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
ELLEN GUSIKOFF STEWART (144892)
X. JAY ALVAREZ (134781)
ROBERT R. HENSSLER JR. (216165)
RYAN A. LLORENS (225196)
MATTHEW I. ALPERT (238024)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
elleng@rgrdlaw.com
jaya@rgrdlaw.com
bhenssler@rgrdlaw.com
ryanl@rgrdlaw.com
malpert@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PAWEL I. KMIEC, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>POWERWAVE TECHNOLOGIES INC., et al.,<br><br>    Defendants. | No. 8:12-cv-00222-CJC(JPRx)<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES<br><br>DATE: December 7, 2015<br>TIME: 1:30 p.m.<br>CTRM: 9B<br>JUDGE: Hon. Cormac J. Carney |

1086122_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on December 7, 2015, at 1:30 p.m., in the Courtroom of the Honorable Cormac J. Carney, United States District Judge, at the United States District Court for the Central District of California, Southern Division, 411 West Fourth Street, Santa Ana, California 92701, Lead Plaintiff will move for an order (1) granting preliminary approval of the settlement set forth in the Stipulation of Settlement, dated October 30, 2015 (the "Stipulation"), which is being filed concurrently; (2) certifying the Class pursuant to Rules 23(a) and 23(b) for purposes of effectuating the settlement; (3) directing Class Members be given notice of the pendency of settlement of this action in the form and manner set forth in the Stipulation and the exhibits annexed thereto; (4) setting a hearing date for the Court to consider final approval of the settlement and related matters; and (5) setting a schedule of events to govern the procedural aspects of the settlement. Lead Plaintiff's motion is based on this Notice of Motion and Unopposed Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Stipulation, and such additional evidence or argument as may be required by the Court. Defendants do not oppose this motion.

DATED: October 30, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
ELLEN GUSIKOFF STEWART
X. JAY ALVAREZ
ROBERT R. HENSSLER JR.
RYAN A. LLORENS
MATTHEW I. ALPERT

s/ Robert R. Henssler Jr.
ROBERT R. HENSSLER JR.

- 1 -

1086122_1

| | |
|---|---|
| 1 | |
| 2 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>Telephone: 619/231-1058 |
| 3 | 619/231-7423 (fax) |
| 4 | Lead Counsel for Plaintiff |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 30, 2015.

        s/ Robert R. Henssler Jr.
        ROBERT R. HENSSLER JR.

ROBBINS GELLER RUDMAN
   &amp; DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  bhenssler@rgrdlaw.com

# Mailing Information for a Case 8:12-cv-00222-CJC-JPR Pawel I Kmiec v. Powerwave Technologies Inc et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,kathyj@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com

- **X Jay Alvarez**
  jaya@rgrdlaw.com

- **Seth A Aronson**
  saronson@omm.com,LitigationCalendar@omm.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Marc L Godino**
  mgodino@glancylaw.com,info@glancylaw.com

- **Robert Russell Henssler , Jr**
  bhenssler@rgrdlaw.com,e_file_sd@rgrdlaw.com,aroyal@rgrdlaw.com,lmix@rgrdlaw.com

- **Alec Johnson**
  aljohnson@omm.com,skemp@omm.com

- **Ryan A Llorens**
  ryanl@rgrdlaw.com

- **Robert K Lu**
  rlu@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Eric Niehaus**
  ericn@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com

- **Abby F Rudzin**
  arudzin@omm.com

- **David C Walton**
  davew@rgrdlaw.com,stremblay@rgrdlaw.com,jillk@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`